Robert M. Fineman (SBN 188211)
Christian P. Foote (SBN 240919)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001
E-mail: rmfineman@duanemorris.com
cpfoote@duanemorris.com

Attorneys for Defendant
U.S. BANCORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA E. HARDEN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANCORP, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 3:11-cv-00532-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(L.R. 6-1(A))**<br><br>**Complaint Served:**<br>January 4, 2011;<br><br>**Current Response Date:**<br>February 10, 2011<br><br>**New Response Date:**<br>March 11, 2011 |

Defendant U.S Bancorp ("Defendant"), by and through its attorneys of record, and Sonia Harden ("Plaintiff"), by and through her attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff's Complaint was filed on December 20, 2010 in the Superior Court of the State of California, County of Contra Costa, and served on Defendant on January 4, 2011;

1

1  WHEREAS, Defendant removed the Complaint to this Court on February 3, 2011;

2  WHEREAS, Defendant's response to Plaintiff's Complaint is currently due on
3  February 10, 2011;

4  WHEREAS, Defendant has not requested or obtained any prior extensions to respond
5  to the Complaint;

6  WHEREAS, pursuant to Local Rule 6-1(a), counsel for Defendant U.S. Bancorp and
7  counsel for Plaintiff have agreed to extend the period of time in which Defendant may plead in
8  response to Plaintiff's Complaint by 30 days.

9  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN COUNSEL
10  AS FOLLOWS:

11  Defendant U.S. Bancorp shall have up to and including March 11, 2011 within which
12  to plead in response to Plaintiff's Complaint.

13  IT IS SO STIPULATED.

**THE LAW OFFICE OF LARA SHAPIRO**

Dated: February 9, 2011

By: _____/s/ Lara Shapiro_____
Lara Shapiro
Attorneys for Plaintiff
SONIA E. HARDEN


Dated: February 9, 2011        **DUANE MORRIS LLP**

Dated: Feb. 10, 2011

By: _____/s/ Robert M. Fineman_____
Robert M. Fineman
Christian P. Foote
Attorneys for Defendant
U.S. BANCORP

IT IS SO ORDERED
Judge Joseph C. Spero

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT        CASE NO. 3:11-CV-00532-JCS